```
 1  ROBERT S. NELSON (SBN# 220984)
    NELSON LAW GROUP
 2  900 Cherry Avenue, Suite 300
    San Bruno, CA 94066
 3  (650) 794-2760 (phone)
    (650) 794-2761 (fax)
 4  rnelson@nelsonlawgroup.net

 5  Attorneys for Plaintiff
    ALISON M. CAYER and all others similarly situated
 6
 7
 8                    UNITED STATES DISTRICT COURT
 9                   NORTHERN DISTRICT OF CALIFORNIA
10
```

| | |
|---|---|
| ALISON M. CAYER,<br><br>                  Plaintiff,<br>        v.<br><br>WASHINGTON MUTUAL BANK,<br><br>                  Defendant. | Case No. C 07-00875 JSW<br><br>**STIPULATION AND [PROPOSED]<br>ORDER ALTERING CASE<br>MANAGEMENT SCHEDULE AND<br>APPROVING THE PARTIES' PLAN<br>TO ATTEMPT TO AMICABLY<br>RESOLVE THIS DISPUTE** |

**WHEREAS** Plaintiff Alison M. Cayer ("Plaintiff") and Defendant Washington Mutual Bank ("Defendant") have conferred and reached agreements to provide stipulated notice of opt-in rights under the Fair Labor Standards Act ("FLSA") and to also explore the possibility of resolving this dispute amicably; and

**WHEREAS** Plaintiff and Defendant (collectively referred to as the "parties") want to be sure the Court knows about, and approves of, their specific plan to provide notice and attempt to resolve this dispute; and

**WHEREAS** the parties' plan requires modification of the Court's previous case management orders, including changing dates for motion filing and mediation compliance; and

**WHEREAS** the Court previously ordered that Plaintiff file a motion for conditional certification of a FLSA collective action by October 26, 2007, and that the parties mediate the

STIP. AND [PROP] ORDER RE: CASE MANAGEMENT
CASE NO. C 07-00875 JSW

1 | case by January 25, 2008; and

2 |     **WHEREAS** the parties have agreed to send a stipulated opt-in notice to the putative class
3 | in late October or early November 2007; and

4 |     **WHEREAS** the parties have agreed to negotiate in good faith to attempt to settle the
5 | claims of class members who opt-in; and

6 |     **WHEREAS** the future of the case will largely be determined by the number of
7 | settlements that can be reached with opt-in plaintiffs: if a sufficient number of putative class
8 | members opt-in and receive settlements, Plaintiff may agree to forego attempting to certify any
9 | class(es) under FRCP Rule 23; otherwise, Plaintiff will attempt to certify a Rule 23 class(es),
10 | and/or proceed collectively with whatever opt-in plaintiffs do not receive settlements; and

11 |     **WHEREAS** the parties will subject this process and/or the resulting settlements to
12 | whatever review the Court deems appropriate, and/or follow whatever other direction the Court
13 | may wish to give to ensure that the interests of unnamed class members are fairly protected; and

14 |     **WHEREAS** the parties hope to complete the above-noted notice, opt-in and negotiation
15 | process by February 2008,

16 |     **NOW THEREFORE** Plaintiff Alison M. Cayer (and all others similarly situated) and
17 | Defendant Washington Mutual Bank **HEREBY STIPULATE** that:

18 |     1. With the Court's permission and approval, the following case management
19 |        deadlines and/or events be taken *off-calendar*:
20 |        a. October 26, 2007 deadline to file motion for conditional class certification;
21 |        b. November 30, 2007 hearing on the motion for conditional class certification;
22 |        c. January 25, 2008 deadline for mediation compliance.

23 |     2. The parties be allowed to proceed with their agreed-upon process to attempt to
24 |        resolve this dispute amicably; and

25 |     3. A case management conference be scheduled for March 14, 2008, at 1:30 p.m. (or
26 |        as soon thereafter as is practicable for the Court's schedule), at which the parties
27 |        and/or the Court can decide how the case should proceed.

28 | ///

**IT IS SO STIPULATED.**

DATED: October 23, 2007                NELSON LAW GROUP

_____
Robert S. Nelson, Esq.
Attorneys for Plaintiff
ALISON M. CAYER
(and all others similarly situated)

DATED: October 23, 2007                HELLER EHRMAN LLP

_____
Jonathan P. Hayden, Esq.
Attorneys for Defendant
WASHINGTON MUTUAL BANK

**PURSUANT TO THE ABOVE-NOTED STIPULATION, IT IS SO ORDERED.**

DATED: October 23, 2007

_____
Jeffrey S. White
UNITED STATES DISTRICT JUDGE

3

STIP. AND [PROP] ORDER RE: CASE MANAGEMENT
CASE NO. C 07-00875 JSW