JONATHAN P. HAYDEN (Bar No. 104520)
(jonathan.hayden@hellerehrman.com)
ANGELA J. RAFOTH (Bar No. 241966)
(angela.rafoth@hellerehrman.com)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268

Attorneys for Defendant
WASHINGTON MUTUAL BANK

ROBERT S. NELSON (Bar No. 220984)
(rnelson@nelsonlawgroup.net)
NELSON LAW GROUP
900 Cherry Avenue, Suite 300
San Bruno, CA 94066
Telephone: (650) 794-2760
Facsimile: (650) 794-2761

Attorneys for Plaintiff
ALISON M. CAYER and all others listed on Attachment A hereto

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALISON M. CAYER,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON MUTUAL BANK,<br><br>    Defendants. | Case No. C 07-00875 JSW<br><br>**STIPULATION AND [PROPOSED] ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>The Honorable Jeffrey S. White<br><br>Courtroom: 2, 17th Floor |

IT IS HEREBY STIPULATED by and between Plaintiff Alison Cayer and all others who have filed "Consent to Join" notices pursuant to 29 U.S.C. § 216(b), a list of whom is attached as Attachment A hereto, and Defendant Washington Mutual Bank, through their

designated counsel, that the parties have reached a settlement and the above-captioned action be and hereby is DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P. 41(a)(1). Each side will bear its own costs and attorneys' fees.

To the extent the Complaint alleges state-law claims on behalf of a class certifiable under Fed. R. Civ. P. 23, no such class has been certified and this dismissal is without prejudice to any such claims by members of the alleged class who have not filed written consents to join under 29 U.S.C. § 216(b).

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED: July 23, 2008          HELLER EHRMAN LLP

                              By _____/s/_____
                                  Jonathan P. Hayden

                              Attorneys for Defendant WASHINGTON MUTUAL BANK

DATED: July 23, 2008          NELSON LAW GROUP

                              By _____/s/_____
                                  Robert S. Nelson

                              Attorneys for Plaintiff ALISON M. CAYER and all others listed on Attachment A hereto

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: July 24, 2008          _____
                              Jeffrey S. White
                              United States District Judge

# ATTACHMENT A

Plaintiffs who have consented to join this action under 29 U.S.C. § 216(a) and whose claims are subject to voluntary dismissal per the attached stipulation

|    | FirstName | Last Name |
|----|-----------|-----------|
| 1  | Pamela    | Adame     |
| 2  | Anita     | Akselis   |
| 3  | Abid      | Ali Khan  |
| 4  | Alberto   | Arellano  |
| 5  | Jill      | Atchison  |
| 6  | Chris     | Bartley   |
| 7  | Chrissy   | Baugh     |
| 8  | Cheryl    | Baugh     |
| 9  | Denise    | Berkowitz |
| 10 | Roberto   | Bernardez |
| 11 | Lionel    | Brown     |
| 12 | Amanda    | Brumfield |
| 13 | Rene Lee  | Burnell Jr. |
| 14 | Jesse     | Burton, Jr. |
| 15 | Alredo    | Cabrera   |
| 16 | John      | Cagney    |
| 17 | Marie     | Carlos    |
| 18 | Justin    | Cloonen   |
| 19 | Debra     | Cohen     |
| 20 | Anthony   | Cole      |
| 21 | James     | Condon    |
| 22 | Joan      | Cook      |
| 23 | Larry     | Cook      |
| 24 | Michael   | Cooper    |
| 25 | Mildred   | Criss     |
| 26 | Lea       | Crow      |
| 27 | John      | Cuccia    |
| 28 | Kevin     | Davis     |
| 29 | Brent     | Davis     |
| 30 | Susan     | Durkin    |
| 31 | Stephanie | Ellerbeck |
| 32 | Jeff      | Evans     |
| 33 | Charlene  | Falls     |
| 34 | Michael   | Farrington |

| | | |
|---|---|---|
| 35 | Nakia | Frazier |
| 36 | Maria | Galbo |
| 37 | Ryan | Gallagher |
| 38 | Dorothy | Gallo |
| 39 | Toni | Gibson |
| 40 | Gary | Glasby |
| 41 | Shirley | Gold |
| 42 | Matthew | Harris |
| 43 | David | Herrera |
| 44 | Benjamin | Hisoler |
| 45 | Reginald | Holder |
| 46 | Michael | Holen |
| 47 | Mary | Hull |
| 48 | Laurence | Hunter |
| 49 | Jesse | Hurtado |
| 50 | Richard | Ineman |
| 51 | Drew | Johnson |
| 52 | Talana | Krone |
| 53 | Lawrence | Ladner |
| 54 | Pamela | Langdon |
| 55 | Angela | Lawson |
| 56 | Jose | Lazaro |
| 57 | Daniel | Leveille |
| 58 | Tarique | Malik |
| 59 | Robyn | Marshall |
| 60 | Brunilda | Martinez Rupp |
| 61 | Roberta | McAllister |
| 62 | Bobby | McCampbell |
| 63 | Natoshia | McCollum |
| 64 | Joan | McCool |
| 65 | Chris | McDonnell |
| 66 | Nicole | McEachran |
| 67 | Richard | McGee |
| 68 | Stephen | McKean |
| 69 | Donald | Melville |
| 70 | Ginger | Merritt |
| 71 | Jacqueline | Miron |
| 72 | James | Morales |
| 73 | Karen | Moran |
| 74 | Brian | Morbach |
| 75 | Tanya | Morris |
| 76 | Glenn | Muhammad |
| 77 | Zulma | Muniz |

| | | |
|---|---|---|
| 78 | Stefanie | Munro |
| 79 | Amanda | Nahay |
| 80 | Nancy | Ohanessian |
| 81 | Lavonia | O'Neil |
| 82 | Arturo | Ornelas |
| 83 | Jaime | Oyer |
| 84 | Aaron | Perry |
| 85 | Nicolette | Phan |
| 86 | Daniel | Phillips |
| 87 | Tonja | Pierce |
| 88 | Catherine | Powell |
| 89 | Donald | Pritchett |
| 90 | Laura | Provenzano |
| 91 | Han-Lin | Raintree |
| 92 | Armando | Ramirez |
| 93 | David | Recoder |
| 94 | Brenda | Reeves |
| 95 | Stephen | Ridge |
| 96 | Richard | Riley |
| 97 | Santiago | Rivera |
| 98 | Sonja | Rodgers |
| 99 | Tonya | Rodgers |
| 100 | Shawn | Rogers |
| 101 | Darlene | Rojas |
| 102 | Daniel | Rosenberger |
| 103 | John | Rydeski |
| 104 | Lilyann | Salazar |
| 105 | Norphenia | Salter |
| 106 | Leslie | Sanchez |
| 107 | Gregory | Sandoval |
| 108 | Onofre | Santiago |
| 109 | Guillermo | Santos |
| 110 | Jeannette | Saucedo |
| 111 | Dunivan | Savage |
| 112 | Warren | Schuckies |
| 113 | Monte | Sears |
| 114 | Kellie | Shirk |
| 115 | Darien | Simon |
| 116 | Tina | Simpson |
| 117 | Robert | Sirico |
| 118 | Darlene | Smith |
| 119 | Nadine | Spiker |
| 120 | Paul | Stith |

ATTACHMENT A TO STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL, CASE NO. C 07-00875 JSW — 5

| | | |
|---|---|---|
| 121 | Stephen | Szeglin |
| 122 | Jan | Tapia |
| 123 | John | Torquato |
| 124 | Steve | Toth, Jr. |
| 125 | Donna | Trainor |
| 126 | Thu | Tran |
| 127 | Alfred | Tuason |
| 128 | Rosa | Vargas |
| 129 | Yunamy | Vazquez |
| 130 | James | Vidican |
| 131 | Leslie | Walker |
| 132 | Lisa | Walton |
| 133 | Donald | Ward |
| 134 | Terry | Ward |
| 135 | Diona | Webb |
| 136 | Elizabeth | Williams |
| 137 | Ka | Xiong |
| 138 | Roberta | Yang |
| 139 | Tony | Yee |
| 140 | Donna | Sheridan |
| 141 | Olga | Fomin |
| 142 | Andrea | Brooks |
| 143 | Randlow | Smith III |
| 144 | Kenneth | Haggerty |
| 145 | Sue Ellen | Dumdie |
| 146 | Jennifer | Gethins |

ATTACHMENT A TO STIPULATION AND PROPOSED ORDER OF VOLUNTARY DISMISSAL, CASE NO. C 07-00875 JSW    6